■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KEYS, Appellant. [24 NYS3d 903]—Judgment, Supreme Court, New York County (Jill Konviser, J.), rendered April 22, 2014, convicting defendant, upon his guilty plea, of attempted assault in the second degree, and sentencing him to a term of one year, unanimously affirmed.

The court properly denied defendant's constitutional speedy trial motion. Even considering the period following the court's decision on the motion, about which defendant has not preserved any claim, we find, upon consideration of the factors set forth in *People v Taranovich* (37 NY2d 442 [1975]), that there was no violation of defendant's constitutional right to a speedy trial. In particular, most of the delay is attributable to defendant and his counsel. Concur—Mazzarelli, J.P., Friedman, Sweeny and Manzanet-Daniels, JJ.